CO-386-online
10/03

# United States District Court
# For the District of Columbia

FREDA ELAM )
)
)
)
vs    Plaintiff )   Civil Action No. __Case No.: 1:06-cv-00967-HHK__
)
ASTRAZENECA )
PHARMACEUTICALS LP )
)
)
Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __AstraZeneca Pharmaceuticals LP__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __AstraZeneca Pharmaceuticals LP__ which have any outstanding securities in the hands of the public:

AstraZeneca PLC

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_

Signature

473616
BAR IDENTIFICATION NO.

Rebecca K. Wood
Print Name

1501 K Street, N.W.
Address

Washington    D.C.    20005
City    State    Zip Code

(202) 736-8000
Phone Number

## CERTIFICATE OF SERVICE

I hereby certify that I have this 25th day of August, 2006, served a true and correct copy of the Corporate Disclosure Statement of Defendant AstraZeneca Pharmaceuticals LP on below-listed counsel of record in this proceeding, by electronic means and by United States mail, properly addressed and first class postage prepaid.

                                                                /s/ Rebecca K. Wood
                                                                  Rebecca K. Wood

**COUNSEL OF RECORD**:

Michael J. Miller
Miller & Associates
105 North Alfred Street
Alexandria, VA 22314