

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| | |
|---|---|
| BEIJING | GENEVA | SAN FRANCISCO |
| BRUSSELS | HONG KONG | SHANGHAI |
| CHICAGO | LONDON | SINGAPORE |
| DALLAS | LOS ANGELES | TOKYO |
| FRANKFURT | NEW YORK | WASHINGTON, DC |

FOUNDED 1866

May 22, 2006

**By Federal Express & Fax (letter only)**

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:     MDL 1769: In re Seroquel Products Liability Litigation

Dear Clerk of the Panel:

The following case listed on Revised Schedule A has been dismissed:

> *Kenneth Calkin v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of
> California, Civil Action No: C-06-cv-0540-PJH

Notices of Voluntary Dismissal have been filed by plaintiffs in the following cases listed on Revised Schedule A:

> *Betty Anderson v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of
> California, Civil Action No: C-06-cv-0648-SBA

> *Judy DePastino v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of
> California, Civil Action No: C-06-cv-0599-JSW

> *Angela DiMatteo v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of
> California, Civil Action No: C-06-cv-0650-WHA

> *Brenda McCulley v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of
> California, Civil Action No: C-06-cv-0649-CW

Motions to Dismiss for Lack of Subject Matter Jurisdiction are pending in the following cases listed on Revised Schedule A:

> *Ramon Fernandez v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of
> California, Civil Action No: C-06-cv-0601-JCS

> *Todd Fletcher v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of
> California, Civil Action No: C-06-cv-00579-JSW

> *Debra Gaines v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of
> California, Civil Action No: C-06-cv-0612-CW

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships



Michael J. Beck, Clerk of the Panel
May 22, 2006
Page 2

In addition to those cases listed on Revised Schedule A, pursuant to 7.5(e), the following cases may be potential tag along actions in which AstraZeneca is also named:

### Northern District of Alabama

*Gloria Grayson v. AstraZeneca Pharmaceuticals LP*   U.S.D.C. Northern District of Alabama, Civil Action No: CV-06-RRA-0558-W

### Southern District of Illinois

*Robert Schuenemeyer v. AstraZeneca Pharmaceuticals, LP, et al* U.S. D.C. Southern District of Illinois, Civil Action No. 3:06-cv-00196-DRH-CJP

### Southern District of Mississippi

*Megan Finch v. Janssen Pharmaceutical, LP, et al* U.S.D.C. for the Southern District of Mississippi, Civil Action No: 2:06 – CU78 – KS - JMR

*Earl W. McNair v. Janssen Pharmaceutical, LP, et al* U.S.D.C. for the Southern District of Mississippi Civil Action NO: 3:06CV175 – HTW - JCS

*Lorenzo Romello Scott Stephens, minor by and through his next best friend and natural parent and guardian, Angela Burley v. Janssen Pharmaceutical, LP, et al* U.S.D.C. for The Southern District of Mississippi Civil Action No: 4:06 – CV – 35 – TSL - JCS

### Eastern District of Missouri

*Betty Campbell, et al v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Eastern District of Missouri, Civil Action No. 4:06-cv-00180-MLM

*Billy Collins v. Janssen Pharmaceutical LP, et al*  U.S.D.C. Eastern District of Missouri, Civil Action No. 4:06-cv-00623-CEJ

*Evelyn Hair v. Eli Lilly and Company, et al* U.S.D.C. Eastern District of Missouri, Civil Action No. 4:06-cv-00506-CAS

*Deborah Honey v. Janssen Pharmaceutica, LP, et al* U.S.D.C. Eastern District of Missouri, Civil Action No. 4:06-cv-00653-SNL

*S. M. a Minor, by and through his natural mother and next friend, Louise Wilson v. Janssen Pharmaceutical, LP, et al* U.S.D.C. Eastern District of Missouri, Civil Action No. 4:06-cv-00260-AGF

*Tricia Nations v. Janssen Pharmaceutica, LP, et al* U.S.D.C. Eastern District of Missouri, Civil Action No. 4:06-cv-00723-JCH



Michael J. Beck, Clerk of the Panel
May 22, 2006
Page 3

*Richard Philpott v. Janssen Pharmaceutical, LP, et al* U.S. D.C. Eastern District of Missouri, Civil Action No. 4:06-cv-02243-CDP

*Loretta Proctor v. Janssen Pharmaceutical, LP, et al* U.S. D.C. Eastern District of Missouri, Civil Action No. 4:06-cv-00420-MLM

*M.S. by and through his natural mother and next friend Laura Simmons v. Janssen Pharmaceutical, LP, et al* U.S. D.C. Eastern District of Missouri, Civil Action No. 4:06-cv-02245-ERW

*Dawn Samp v. Janssen Pharmaceutica, LP, et al* U.S.D.C. Eastern District of Missouri, Civil Action No. 4:06-cv-00649-RWS

*Laura Santacroce v. Janssen Pharmaceutical, LP, et al* U.S. D.C. Eastern District of Missouri, Civil Action No. 4:06-cv-00259-FRB

*Angela Stewart v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Eastern District of Missouri, Civil Action No. 4:06-cv-*00403-CEJ*

*Kathleen Stutz v. Janssen Pharmaceutical, LP, et al* U.S. D.C. Eastern District of Missouri, Civil Action No. 4:06-cv-02273-DDN

*Neil Whistler v. Janssen Pharmaceutical, LP, et al* U.S. D.C. Eastern District of Missouri, Civil Action No. 4:06-cv-00471-CAS

### Western District of Missouri

*Antoinette Harper v. AstraZeneca Pharmaceuticals, LP, et al.* U.S. D.C. Western District of Missouri, Civil Action No: 4:06-cv-01255-SOW

*Lynn Mosley-Love v. AstraZeneca Pharmaceuticals, LP, et al.* U.S. D.C. Western District of Missouri, Civil Action No: 4:06-cv-01079-DW

*Donald Vaughn v Eli Lilly and Company, et al* U.S.D.C. Western District of Missouri, Civil Action No: 2:06-cv-04072-NKL

### Eastern District of Oklahoma

*Christopher Adamson, et al. v. AstraZeneca Pharmaceuticals, LP, et al.* U.S. D.C. Eastern District of Oklahoma, Civil Action No: 6:06-cv- 00057-JHP

### Eastern District of Texas

*James Abbott, et al. v. AstraZeneca Pharmaceuticals, LP, et al.* U.S. D.C. Eastern District of Texas, Civil Action No: 5:06-cv-00019-DF

*Gary Conner, et al. v. AstraZeneca Pharmaceuticals, LP, et al.* U.S. D.C. Eastern District of Texas, Civil Action No: 5:06-cv-00016-DF



Michael J. Beck, Clerk of the Panel
May 22, 2006
Page 4

*Lila Jackson Individually and as Legal Representative of Lauren Dickey, Minor v. AstraZeneca Pharmaceuticals, LP, et al.* U.S. D.C. Eastern District of Texas, Civil Action No: 6:06-cv-00111-MHS

*Karyn Kaucnik, et al. v. AstraZeneca Pharmaceuticals, LP, et al.* U.S. D.C. Eastern District of Texas, Civil Action No: 5:06-cv-00044-DF-CMC

*Larry Lambright Individually and as next friend of Ian Emmons, a minor v. Eli Lilly and Company et al.* U.S. D.C. Eastern District of Texas, Civil Action No: 5:06-cv-00043-TJW

### Southern District of Texas

*Victoriano Flores, et al. v. AstraZeneca Pharmaceuticals, LP, et al.* U.S. D.C. Southern District of Texas, Civil Action No: 2:06-cv-00260-JPS

*Alvin Jones v. AstraZeneca Pharmaceuticals LP* U.S.D.C. for The Southern District of Texas Civil Action No: H – 06 - 1126

### Eastern District of Wisconsin

*Debra Billing v. AstraZeneca Pharmaceuticals, LP, et al.* U.S. D.C. Eastern District of Wisconsin, Civil Action No: 2:06-cv-00260-JPS

*Ula Edwards v. AstraZeneca Pharmaceuticals, LP, et al.* U.S. D.C. Eastern District of Wisconsin, Civil Action No: 2:06-cv-00257-LA

*Rochelle Jones v. AstraZeneca Pharmaceuticals, LP, et al.* U.S. D.C. Eastern District of Wisconsin, Civil Action No: 2:06-cv-00258-JPS

Enclosed are copies of the complaints and the docket sheets for these actions.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

Michael W. Davis

LMM:dpz
Enclosures


cc:    All parties on Panel Service List

Judicial Panel on Multidistrict Litigation - Panel Attorney Service List

Docket: 1769 - In re Seroquel Products Liability Litigation
Status: Pending on / /
Transferee District:         Judge:

Printed on 03/06/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Campion, Jr., Thomas F.<br>Drinker, Biddle & Reath, L.L.P.<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 | ⇒ Janssen Pharmaceutica Products, LP*; Johnson & Johnson & Co.*; Johnson & Johnson Co.* |
| Davis, Michael W.<br>Sidley Austin, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | ⇒ AstraZeneca LP*; AstraZeneca Pharmaceuticals, LP* |
| DeJean, Kenneth W.<br>Office of Kenneth W. DeJean<br>417 W. University Avenue<br>P.O. Box 4325<br>Lafayette, LA 70502 | ⇒ Becker, Frederic Charles |
| Driscoll, John J.<br>Brown & Crouppen, PC<br>720 Olive Street<br>Suite 1800<br>St. Louis, MO 63103 | ⇒ Andrews, Cynthia*; Bjorn, Kathryn*; Ciaramitaro, Anthony*; Crawford, Michael*; Davis, Kevin*; Fowler, Kenneth*; Jenkins, Carol*; McCraney-Buzick, Pamela*; Nelson, Sharon*; Osborne (Ind./Per./Rep./Est.-Amy), Rebecca*; Palmer, Willie*; Price, Judy*; Sanders, Kevin*; Smith, Charlene*; Soucy, Dorothy*; Spencer, Sylvia*; Wilken, Roma*; Williams, Krishaun*; Williams, Larry*; Woll, Norma*; Woodson, Betty* |
| Forney, Gregory P.<br>Shaffer, Lombardo & Shurin<br>4141 Pennsylvania<br>Kansas City, MO 64111 | ⇒ French, M.D., Devon* |
| Hamilton, Matthew J.<br>Pepper, Hamilton, LLP<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103-2799 | ⇒ Eli Lilly & Co.* |
| Johnson, Aaron C.<br>Summers & Johnson<br>717 Thomas Street<br>Weston, MO 64098 | ⇒ Banks, Zula; Chambers, Justin; Clark, Wanda; Ewing, Laurie; Farabee, Glen; Gordon, Sheila; Kamal, Linda; Kirksey, Lorie; Skiles (Parent/Guardian/Next Friend-Caitlynn Bearce), Julie; Snavely, Douglas |
| Levin, William A.<br>Levin, Simes & Kaiser, LLP<br>One Bush Street<br>14th Floor<br>San Francisco, CA 94104 | ⇒ Adams, Jr., Larry; Alderson, Quincy; Ali, Donna; Anderson, Betty; Baytos, John; Bellman, Dawn; Bellman, Ricky; Belpuliti, Lamont; Biskup, Glenn; Boal, Jeffrey; Boatwright, Julia; Bobal, Mark; Bosaw, Jeff; Bosaw, Jennifer; Boyer, Debra; Bradley, Denise; Bradley, Sr., Jerry; Brendgard, Lori; Buchanan, Anita; Burger, Nancy; Burgess, Dawn; Calkin, Kenneth; Calkin, Shirley; Cardwell, Leona; Carr, Steven; Carroll, Lori; Carroll, Scott; Castillo, Marisa; Cato, Patti; Cato, Timothy; Chathams, Sandra; Clements, Loraine; Cole, Cheryl; Cole, Earl; Collier, Deborah; Crockett, Cynthia; Davis, Rodney; DePastino, Judy; Derosky, Barry; Derosky, Carol; DiMatteo, Angela; Dortch, Barbara; Evans, Betty; Faulk, Edward; Faulk, Laura; Fernandez, Ramon; Fletcher, Todd; Frederick, Golana; Frederick, James; Gaines, Debra; Gangidine, Samantha; Geones, John; Geones, Mary; Glover, Eddi; Godfrey, Ned; Goldsmith, Shirley; Gringel, Gail; Harkins, Ethel; Hawkins, Michael; Heigl, John; Hess, Marjorie; Hopkins-Hyche, Katherene; Hyche, Jr., Joseph; Johnson, Jr., Emanuel; Johnson, Tina; Jones, Casey; Jones, John; Jones, Nancy; Kasperson, William; King, Kenneth; Lear, La Monte; Ledbetter, Nichol; Levy, Cheryl; Linderman, Donna; Lockhart (Guardian ad litem-Christopher), Terri; Mack, Dianne; Martin, James; Martin, Tracy; Massey, Michelle; Massey, Shane; Masterson, John; McAfee, Herman; McAllister, Kathleen; McConnell, Faith; McCulley, Brenda; McGee (Ind./Per./Rep./Est.-Leo), Dorothy; McGee, Brenda; McGee, David; McGee, Debra; McGee, Douglas; McGee, Michael; McGee, Patricia; McGee, Rhonda; McIntyre, Carole; Melebeck, Wendy; Michaelangelo, Gina; Miller, James; Miller, Linda; Morris, Laurel; Mozingo, David; O'Hosky, William; Orie, Joy; Peat, Brian; Peat, Lisa; Popp, |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| | Mary; Porter, Dennis; Powell, Shelley; Powell, William; Reed, Betty; Robinson, Lori; Rosales, Elsie; Senay, Andre; Severi, Jeanette; Simmons, Gregory; Spung, Clinton; Sulkowski, Edward; Sullivan, Jonathan; Tenney, Leslie F.; Tenney, Sharon; Thomas, Winifred; Throne, Amesha; Truelove, Kelly; Walker, Sharie; Weaver, Summerstorm; Webb, Lucas; Weldon, Raymond; Williams, Corde |
| Lundy, Matthew E.<br>Lundy & Davis<br>333 N. Sam Houston Parkway, East<br>Suite 375<br>Houston, TX 77060-2487 | => Sonnier, Linda Mae |
| Milliken, Eric B.<br>223 Cherokee Drive<br>Abita Springs, LA 70420 | => Milliken, Eric B. |
| Niemeyer, Randy<br>15863 Pike 43<br>Bowling Green, MO 63334-2620 | => Niemeyer, Randy |
| Raines, Elizabeth<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road<br>Suite 500<br>Kansas City, MO 64108-2504 | => AstraZeneca PLC |
| Rein, Russell H.<br>Aylstock Witkin & Sasser PLC<br>4400 Bayou Blvd.<br>Suite 58<br>Pensacola, FL 32503 | => Bryant, Cindy; Diciolla, Carlos; Kane, James; Perez, Israel; Sanford (Per./Rep./Est.-Robert), Michelle; Spence, Earl |
| Soloman, Catherine<br>3100 N.E. 83<br>Gladstone, MO 64119 | => Solomon, M.D., Catherine |
| Trammell, Fletcher V.<br>Fibich, Hampton & Leebron, LLP<br>5 Houston Center<br>1401 McKinney Street<br>Suite 1800<br>Houston, TX 77010 | => Gilmore, Linda*; Helm, Terre*; Jones, Loretha*; McDaniel, Joyce*; Rone, Stephanie*; Stewart, Melanie*; Washington, Stephon* |
| White, Gayle R.<br>Registered Agent for Louisiana<br>Wholesale Drug Co., Inc.<br>Highway 167 N.<br>Sunset, LA 70584 | => Louisiana Wholesale Drug Co., Inc. |