

| | SIDLEY AUSTIN LLP<br>ONE SOUTH DEARBORN<br>CHICAGO, IL 60603<br>(312) 853 7000<br>(312) 853 7036 FAX | BEIJING<br>BRUSSELS<br>CHICAGO<br>DALLAS<br>FRANKFURT | GENEVA<br>HONG KONG<br>LONDON<br>LOS ANGELES<br>NEW YORK | SAN FRANCISCO<br>SHANGHAI<br>SINGAPORE<br>TOKYO<br>WASHINGTON, DC |
|---|---|---|---|---|
| | | FOUNDED 1866 | | |

May 31, 2006

**By Federal Express & Fax (letter only)**

Michael J. Beck, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:    MDL 1769: In re Seroquel Products Liability Litigation

Dear Clerk of the Panel:

In addition to those cases previously identified by AstraZeneca Pharmaceuticals LP (hereinafter "AstraZeneca") via letter of May 22, 2006, the following cases listed on Revised Schedule A have been dismissed:

    *Julia Boatwright v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-00602-JSW

    *James Kane v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. District of New Jersey, Civil Action No: 2:05-cv-04558

Notices of Voluntary Dismissal have been filed by plaintiffs in the following cases listed on Revised Schedule A:

    *Nancy Burger v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-00588-WHA

    *Ramon Fernandez v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-0601-JCS

    *Todd Fletcher v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-00579-JSW

    *Debra Gaines v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-0612-CW

    *Christopher Lockhart v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-0644-EMC

Plaintiffs have fied motions to dismiss AstraZeneca Pharmaceuticals LP and AstraZeneca LP in the following cases listed on Revised Schedule A:

    *Lori Brendgard v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-0603-SBA



Michael J. Beck, Clerk of the Panel
May 31, 2006
Page 2

*Stephen Carr v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-00584-WHA

*Marissa Castillo v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-00583-WHA

*Patti Cato v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-0597-EMC

*Cheryl Cole v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-00581-MHP

*Cynthia Crockett z v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-0607-MEJ

*Emanuel Johnson, Jr. v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-00576-PJH

*Herman McAfee v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-0593-JSW

*Faith McConnell v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-0596-EDL

*Dorothy and Leo McGee v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-0641-JSW

*Wendy Melebeck v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-00605-MJJ

*Andre Senay v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-00594-MJJ

*Jeanette Severi v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-0616-SBA

*Amesha Thorne v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-0595-MJJ

*Corde Williams v. AstraZeneca Pharmaceuticals, LP, et al* U.S.D.C. Northern District of California, Civil Action No: C-06-cv-0656-SBA

# SIDLEY
SIDLEY AUSTIN LLP

Michael J. Beck, Clerk of the Panel
May 31, 2006
Page 3

In addition to those cases listed on Revised Schedule A and identified by AstraZeneca, pursuant to 7.5(e), the following cases may be potential tag along actions in which AstraZeneca is also named:

### Northern District of California

*Larry Balak, et al v. AstraZeneca Pharmaceuticals, LP, et al.* U.S.D.C. Northern District of California, Civil Action No: C:06-cv-0654-WHA

### Southern District of Illinois

*Melinda Wright v. AstraZeneca Pharmaceuticals, LP, et al* U.S. D.C. Southern District of Illinois, Civil Action No. 06-cv-00131-DRH-CJP

### Eastern District of Missouri

*Arthur Crum v. Janssen Pharmaceutica, LP, et al* U.S.D.C. Eastern District of Missouri, Civil Action No. 4:06-cv-00786-CEJ

### Eastern District of Texas

*Angela Gilmore, et al. v. AstraZeneca Pharmaceuticals LP* U.S. D.C. Eastern District of Texas, Civil Action No: 5:06-cv-00107-DF

*Carol Harris Individually and as next friend of Victoria Harris, a minor v. Eli Lilly and Company, et al.* U.S. D.C. Eastern District of Texas, Civil Action No: 5:06-cv-00104-TJW

Enclosed are copies of the complaints and the docket sheets for these actions.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

Michael W. Davis

LMM:dpz
Enclosures


cc:    All parties on Panel Service List

CH1 3523056v.1

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**  Page 1

Docket: 1769 - In re Seroquel Products Liability Litigation
Status: Pending on / /
Transferee District:           Judge:                                              Printed on 03/06/2006

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Campion, Jr., Thomas F.<br>Drinker, Biddle & Reath, L.L.P.<br>500 Campus Drive<br>Florham Park, NJ 07932-1047 | => Janssen Pharmaceutica Products, LP*; Johnson & Johnson & Co.*; Johnson & Johnson Co.* |
| Davis, Michael W.<br>Sidley Austin, LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | => AstraZeneca LP*; AstraZeneca Pharmaceuticals, LP* |
| DeJean, Kenneth W.<br>Office of Kenneth W. DeJean<br>417 W. University Avenue<br>P.O. Box 4325<br>Lafayette, LA 70502 | => Becker, Frederic Charles |
| Driscoll, John J.<br>Brown & Crouppen, PC<br>720 Olive Street<br>Suite 1800<br>St. Louis, MO 63103 | => Andrews, Cynthia*; Bjorn, Kathryn*; Ciaramitaro, Anthony*; Crawford, Michael*; Davis, Kevin*; Fowler, Kenneth*; Jenkins, Carol*; McCraney-Buzick, Pamela*; Nelson, Sharon*; Osborne (Ind./Per./Rep./Est.-Amy), Rebecca*; Palmer, Willie*; Price, Judy*; Sanders, Kevin*; Smith, Charlene*; Soucy, Dorothy*; Spencer, Sylvia*; Wilken, Roma*; Williams, Krishaun*; Williams, Larry*; Woll, Norma*; Woodson, Betty* |
| Forney, Gregory P.<br>Shaffer, Lombardo & Shurin<br>4141 Pennsylvania<br>Kansas City, MO 64111 | => French, M.D., Devon* |
| Hamilton, Matthew J.<br>Pepper, Hamilton, LLP<br>3000 Two Logan Square<br>18th & Arch Street<br>Philadelphia, PA 19103-2799 | => Eli Lilly & Co.* |
| Johnson, Aaron C.<br>Summers & Johnson<br>717 Thomas Street<br>Weston, MO 64098 | => Banks, Zula; Chambers, Justin; Clark, Wanda; Ewing, Laurie; Farabee, Glen; Gordon, Sheila; Kamal, Linda; Kirksey, Lorie; Skiles (Parent/Guardian/Next Friend-Caitlynn Bearce), Julie; Snavely, Douglas |
| Levin, William A.<br>Levin, Simes & Kaiser, LLP<br>One Bush Street<br>14th Floor<br>San Francisco, CA 94104 | => Adams, Jr., Larry; Alderson, Quincy; Ali, Donna; Anderson, Betty; Baytos, John; Bellman, Dawn; Bellman, Ricky; Belpuliti, Lamont; Biskup, Glenn; Boal, Jeffrey; Boatwright, Julia; Bobal, Mark; Bosaw, Jeff; Bosaw, Jennifer; Boyer, Debra; Bradley, Denise; Bradley, Sr., Jerry; Brendgard, Lori; Buchanan, Anita; Burger, Nancy; Burgess, Dawn; Calkin, Kenneth; Calkin, Shirley; Cardwell, Leona; Carr, Steven; Carroll, Lori; Carroll, Scott; Castillo, Marisa; Cato, Patti; Cato, Timothy; Chathams, Sandra; Clements, Loraine; Cole, Cheryl; Cole, Earl; Collier, Deborah; Crockett, Cynthia; Davis, Rodney; DePastino, Judy; Derosky, Barry; Derosky, Carol; DiMatteo, Angela; Dortch, Barbara; Evans, Betty; Faulk, Edward; Faulk, Laura; Fernandez, Ramon; Fletcher, Todd; Frederick, Golana; Frederick, James; Gaines, Debra; Gangidine, Samantha; Geones, John; Geones, Mary; Glover, Eddi; Godfrey, Ned; Goldsmith, Shirley; Gringel, Gail; Harkins, Ethel; Hawkins, Michael; Heigl, John; Hess, Marjorie; Hopkins-Hyche, Katherene; Hyche, Jr., Joseph; Johnson, Jr., Emanuel; Johnson, Tina; Jones, Casey; Jones, John; Jones, Nancy; Kasperson, William; King, Kenneth; Lear, La Monte; Ledbetter, Nichol; Levy, Cheryl; Linderman, Donna; Lockhart (Guardian ad litem-Christopher), Terri; Mack, Dianne; Martin, James; Martin, Tracy; Massey, Michelle; Massey, Shane; Masterson, John; McAfee, Herman; McAllister, Kathleen; McConnell, Faith; McCulley, Brenda; McGee (Ind./Per./Rep./Est.-Leo), Dorothy; McGee, Brenda; McGee, David; McGee, Debra; McGee, Douglas; McGee, Michael; McGee, Patricia; McGee, Rhonda; McIntyre, Carole; Melebeck, Wendy; Michaelangelo, Gina; Miller, James; Miller, Linda; Morris, Laurel; Mozingo, David; O'Hosky, William; Oric, Joy; Peat, Brian; Peat, Lisa; Popp, |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| | Mary; Porter, Dennis; Powell, Shelley; Powell, William; Reed, Betty; Robinson, Lori; Rosales, Elsie; Senay, Andre; Severi, Jeanette; Simmons, Gregory; Spung, Clinton; Sulkowski, Edward; Sullivan, Jonathan; Tenney, Leslie F.; Tenney, Sharon; Thomas, Winifred; Throne, Amesha; Truelove, Kelly; Walker, Sharie; Weaver, Summerstorm; Webb, Lucas; Weldon, Raymond; Williams, Corde |
| Lundy, Matthew E.<br>Lundy & Davis<br>333 N. Sam Houston Parkway, East<br>Suite 375<br>Houston, TX 77060-2487 | => Sonnier, Linda Mae |
| Milliken, Eric B.<br>223 Cherokee Drive<br>Abita Springs, LA 70420 | => Milliken, Eric B. |
| Niemeyer, Randy<br>15863 Pike 43<br>Bowling Green, MO 63334-2620 | => Niemeyer, Randy |
| Raines, Elizabeth<br>Baker, Sterchi, Cowden & Rice, LLC<br>2400 Pershing Road<br>Suite 500<br>Kansas City, MO 64108-2504 | => AstraZeneca PLC |
| Rein, Russell H.<br>Aylstock Witkin & Sasser PLC<br>4400 Bayou Blvd.<br>Suite 58<br>Pensacola, FL 32503 | => Bryant, Cindy; Diciolla, Carlos; Kane, James; Perez, Israel; Sanford (Per./Rep./Est.-Robert), Michelle; Spence, Earl |
| Soloman, Catherine<br>3100 N.E. 83<br>Gladstone, MO 64119 | => Solomon, M.D., Catherine |
| Trammell, Fletcher V.<br>Fibich, Hampton & Leebron, LLP<br>5 Houston Center<br>1401 McKinney Street<br>Suite 1800<br>Houston, TX 77010 | => Gilmore, Linda*; Helm, Terre*; Jones, Loretha*; McDaniel, Joyce*; Rone, Stephanie*; Stewart, Melanie*; Washington, Stephon* |
| White, Gayle R.<br>Registered Agent for Louisiana<br>Wholesale Drug Co., Inc.<br>Highway 167 N.<br>Sunset, LA 70584 | => Louisiana Wholesale Drug Co., Inc. |