

SIDLEY AUSTIN LLP
ONE SOUTH DEARBORN
CHICAGO, IL 60603
(312) 853 7000
(312) 853 7036 FAX

| BEIJING | GENEVA | SAN FRANCISCO |
| BRUSSELS | HONG KONG | SHANGHAI |
| CHICAGO | LONDON | SINGAPORE |
| DALLAS | LOS ANGELES | TOKYO |
| FRANKFURT | NEW YORK | WASHINGTON, DC |

FOUNDED 1866

July 11, 2006

**By Federal Express & Fax (letter only)**

Jeffrey N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:   MDL 1769: In re Seroquel Products Liability Litigation

Dear Clerk of the Panel:

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP, by their attorneys, hereby notifies the Panel of the following potential tag-along actions to the above multidistrict litigation.

The following are potential tag-along actions in which AstraZeneca is named and which only claims relating to Seroquel are alleged:

Northern District of Alabama:
    *Gloria Grayson v. AstraZeneca Pharmaceuticals LP, et al.*,  No: CV-06-RRA-0558-W

Northern District of California:
    *Larry E. Balak v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-00654-WHA
    *Tracy Flye v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-00679-MHP

Southern District of Illinois:
    *Robert Schuenemeyer v. AstraZeneca Pharmaceuticals, LP, et al*, No. 3:06-cv-00196-DRH-CJP
    *Malinda Wright v. AstraZeneca Pharmaceuticals, LP, et al* No. 3:06-cv-00131-DRH-PMF

Eastern District of Massachusetts:
    *Valerie Abeyta, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, No:1:06-cv-10713-NG
    *Pamela Adair, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, No:1:06-cv-10726-NG
    *James Adams, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, No:1:06-cv-10724-NG

...
y


**SIDLEY** [SIDLEY AUSTIN LLP]

Jeffrey N. Lüthi, Clerk of the Panel
July 11, 2006
Page 2

*Paul Adams, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, No:1:06-cv-10723-NG
*Larry Adkins, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, No:1:06-cv-10727-NG
*Natalie Aguirre, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, No:1:06-cv-10729-NG
*Melissa Andrew, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, No:1:06-cv-10709-NG
*Erin K. Arnold, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, No:1:06-cv-10728-NG
*Edna J. Beland, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, No:1:06-cv-11100-NG

Southern District of Mississippi:
*Lenora Carter v. AstraZeneca Pharmaceuticals, LP.*, No: 3:06-cv-00280-HTW-JCS

Eastern District of Missouri:
*Betty Campbell, et al v. AstraZeneca Pharmaceuticals, LP, et al*, No. 4:06-cv-00180-MLM
*Angela Stewart v. AstraZeneca Pharmaceuticals, LP*, No. 4:06-cv-00403-CEJ

Western District of Missouri:
*Lynn Mosley-Love v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 4:06-cv-01079-DW

Eastern District of Oklahoma:
*Christopher Adamson, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 6:06-cv-00057-JHP

Eastern District of Texas:
*James Abbott, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 5:06-cv-00019-DF
*Gary Conner, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 5:06-cv-00016-DF
*Angela Gilmore v. AstraZeneca Pharmaceuticals, LP.*, No: 5:06-cv-00107-DF
*Karyn Kaucnik, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 5:06-cv-00044-DF-CMC

Southern District of Texas:
*Victoriano Flores, et al. v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 2:06-cv-00260-JPS
*Alvin Jones v. AstraZeneca Pharmaceuticals LP*, No: H – 06 – 1126

Eastern District of Wisconsin:
*Debra Billing v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 2:06-cv-00260-JPS
*Ula Edwards v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 2:06-cv-00257-LA
*Rochelle Jones v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 2:06-cv-00258-JPS

CH1 3557019v.1



Jeffrey N. Lüthi, Clerk of the Panel
July 11, 2006
Page 3

Additionally, the following are potential tag-along actions in which Janssen, Johnson & Johnson and/or Eli Lilly is a named defendant and in which plaintiffs allege claims relating to Risperdal and/or Zyprexa. The claims relating to Risperdal and/or Zyprexa should be severed from the Seroquel claims in these cases prior to transfer to MDL-1769:

<u>Northern District of California</u>:
- *Rose M. Ashburn v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01326-EMC
- *Lisa A. Birkner v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01403-PJH
- *Dorothy L. Cameron v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 4:06-cv-01341-SBA
- *Daniel Cannon v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01283-MJJ
- *Wendall Collum v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-00662-EMC
- *Nadine L. Copeland v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01564-MJJ
- *Jim Coppola v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01531-PJH
- *Lurae Eades v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01555-MHP
- *Sheryl A. Franklin v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 4:06-cv-01335-SBA
- *Jacqueline E. Gaiman v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01500-PJH
- *Connie Gotschall v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01321-MMC
- *Thelma D. Graham v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01307-MJJ
- *Betty Gregor v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-00677-SC
- *Betty A. Harris v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01488-SC
- *Troy D. Holmes v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01287-WHA
- *William Houston, Sr. v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01228-MMC
- *Victoria H. Johnson v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01319-MMC
- *Bridgette R. Jones v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01485-JL
- *William L. Jones v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06 – CV – 01288 – MMC
- *Shirley Keith v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 4:06-cv-01316-CW
- *Rita A. Kurilla v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01323-MEJ
- *Donnell L. Lawshea v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01492-EMC
- *Jimmy Marsiglia v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01449-MJJ
- *Charles A. McCool v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01314-EMC
- *Frances Merryweather v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 4:06-cv-01229-CW
- *Jean Mitchell v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01528-MMC
- *Joshua E. Murray v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01306-MMC
- *Jennifer J. Naramore v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01394-PJH



Jeffrey N. Lüthi, Clerk of the Panel
July 11, 2006
Page 4

*Frank R. Nieman v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01315-PJH
*Clayton L. Plummer v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 4:06-cv-01285-CW
*Herbert Price v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01290-EDL
*James R. Reardon v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01329-MHP
*Margaret A. Shearman v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01311-PJH
*Denise Sims v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 4:06-cv-01436-CW
*Dianne M. Thoedorou v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01483-JCS
*Hellen J. Thomas v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01454-MJJ
*Robert J. Weisen v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 3:06-cv-01629-JL

Eastern District of Massachusetts:
*Jamie Abad v. AstraZeneca Pharmaceuticals, LP, et al.*, No:1:06-cv-10730-NG

Southern District of Mississippi:
*Lorenzo Romello Scott Stephens, minor by and through his next best friend and natural parent and guardian, Angela Burley v. Janssen Pharmaceutical, LP, et al*, No: 4:06 – CV – 35 – TSL - JCS
*Megan Finch v. Janssen Pharmaceutical, LP, et al*, No: 2:06 – CU78 – KS – JMR
*Earl W. McNair v. Janssen Pharmaceutical, LP, et al*, No: 3:06CV175 – HTW - JCS

Eastern District of Missouri:
*Sharon Beggs v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 4:06-cv-01006-CDP
*Billy Collins v. Janssen Pharmaceutical LP, et al*, No. 4:06-cv-00623-CEJ
*Arthur Crum v. AstraZeneca Pharmaceuticals, LP, et al.*, No:4:06-cv-00786-CEJ
*Evelyn Hair v. Eli Lilly et al*, No. 4:06-cv- 00506-CAS
*Deborah Honey v. Janssen Pharmaceutica, L.P. et al*, No. 4:06-cv-00653-SNL
*S. M. a Minor, by and through his natural mother and next friend, Louise Wilson v. Janssen Pharmaceutical, LP, et al*, No. 4:06-cv- 00260-AGF
*Michael Middleton v. AstraZeneca Pharmaceuticals, LP, et al.*, No:4:06-cv-00907-TCM
*Tricia Nations v. Janssen Pharmaceutica, L.P. et al*, No. 4:06-cv-00723-JCH
*Richard Philpott v. Janssen Pharmaceutical, LP, et al*, No. 4:06-cv-02243-CDP
*Loretta Proctor v. Janssen Pharmaceutical, LP, et al*, No. 4:06-cv-00420-MLM
*Dawn Samp v. Janssen Pharmaceutica, L.P. et al*, No. 4:06-cv-00649-RWS
*Laura Santacroce v. Janssen Pharmaceutical, LP, et al*, No. 4:06-cv-00259-FRB
*M.S. a Minor, by and through his natural mother and next friend, Laura Simmons v. AstraZeneca Pharmaceuticals, LP, et al.*, No:4:06-cv-02245-ERW
*Kathleen Stutz v. Janssen Pharmaceutical, LP, et al*, No. 4:06-cv-02273-DDN
*Neil Whistler v. Janssen Pharmaceutical, LP, et al*, No. 4:06-cv-00471-CAS



Jeffrey N. Lüthi, Clerk of the Panel
July 11, 2006
Page 5

Western District of Missouri:
    *James Dale Baker v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 6:06-cv-03263-REL
    *Larry Burns v. AstraZeneca Pharmaceuticals, LP, et al.*, No:6:06-cv-03262-JTM
    *Nancy Daniels v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 4:06-cv-00534-REL
    *Antoinette Harper v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 4:06-cv-01255-SOW
    *Donald Vaughn v. Eli Lilly and Company et al*, No: 2:06-cv-04072-NKL

Eastern District of Texas:
    *Carol Harris Individually and as next friend of Victoria Harris, a minor v. AstraZeneca Pharmaceuticals, LP., et. al.*, No:5:06-cv-00104-TJW
    *Lila Jackson Individually and as Legal Representative of Lauren Dickey, Minor v. AstraZeneca Pharmaceuticals, LP, et al.*, No: 6:06-cv-00111- MHS
    *Larry Lambright Individually and as next friend of Ian Emmons, a minor v. Eli Lilly and Company et al.*, No: 5:06-cv-00043-TJW

Southern District of Texas:
    *Frank Kellner v. AstraZeneca Pharmaceuticals, LP, et al.*, No:4:06-cv-01963

Enclosed are copies of the complaints and the docket sheets for these actions. Please note that the Panel was notified of some of these cases prior to the issuance of the Transfer Order establishing MDL-1769, but they are included here again for your convenience.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

James W. Mizgala

JWM:lmm
Enclosures


cc:    All counsel in tagged cases (w/out enclosures)

CH1 3557019v.1