

| SIDLEY AUSTIN LLP | BEIJING | GENEVA | SAN FRANCISCO |
| ONE SOUTH DEARBORN | BRUSSELS | HONG KONG | SHANGHAI |
| CHICAGO, IL 60603 | CHICAGO | LONDON | SINGAPORE |
| (312) 853 7000 | DALLAS | LOS ANGELES | TOKYO |
| (312) 853 7036 FAX | FRANKFURT | NEW YORK | WASHINGTON, DC |

FOUNDED 1866

July 13, 2006

**By Federal Express & Fax (letter only)**

Jeffrey N. Lüthi, Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:     MDL 1769: In re Seroquel Products Liability Litigation

Dear Clerk of the Panel:

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendants AstraZeneca Pharmaceuticals LP, by it's attorneys, hereby notifies the Panel of the following potential tag-along actions to the above multidistrict litigation.

The following is a potential tag-along action in which Eli Lilly is a named defendant and in which plaintiff alleges claims relating to Zyprexa. The claims relating to Zyprexa should be severed from the Seroquel claims in this case prior to transfer to MDL-1769:

Western District of Missouri:
    *Mia Lewis v. Eli Lilly and Co., Inc., et al*, No: 4:06-cv-00558-REL

Enclosed is a copy of the complaint and docket sheet for this action.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

Nathan A. Huey

NAH:lmm
Enclosures

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships



Jeffrey N. Lüthi, Clerk of the Panel
July 13, 2006
Page 2


cc:    All counsel in tagged case (w/out enclosures)