

| | | | |
|---|---|---|---|
| SIDLEY AUSTIN LLP | BEIJING | GENEVA | SAN FRANCISCO |
| ONE SOUTH DEARBORN | BRUSSELS | HONG KONG | SHANGHAI |
| CHICAGO, IL 60603 | CHICAGO | LONDON | SINGAPORE |
| (312) 853 7000 | DALLAS | LOS ANGELES | TOKYO |
| (312) 853 7036 FAX | FRANKFURT | NEW YORK | WASHINGTON, DC |

FOUNDED 1866

August 16, 2006

**By Federal Express & Fax (202.502.2888; letter only)**

Clerk of the Panel
Judicial Panel on Multidistrict Litigation
One Columbus Circle, N.E.
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

Re:   MDL 1769: In re Seroquel Products Liability Litigation

Dear Clerk of the Panel:

Pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP, by their attorneys, hereby notify the Panel of the following potential tag-along actios to the above multidistrict litigation listed on the attached Schedule A.

Schedule A lists a potential tag-along action in which AstraZeneca is named and in which only claims relating to Seroquel are alleged.

Enclosed is a copy of the complaint and docket sheet for this action.

Please do not hesitate to contact me should you have any questions.

Very truly yours,

Sherry A. Knutson

SAK:lmm
Enclosures

cc:   Counsel of Record (letter only by US Mail)



SIDLEY AUSTIN LLP

Clerk of the Panel
August 16, 2006
Page 2

## Schedule A

| Div. | C.A.# | Case Caption |
|---|---|---|
| **District of Columbia** | | |
| 01 | 06-0967 | *Freda Elam v. AstraZeneca Pharmaceuticals LP*, District of Columbia |

CH1 3586894v.1