United States District Court
for the District of Columbia
Clerk's Office
333 Constitution Avenue, NW
Washington, D.C. 20001

Nancy Mayer-Whittington
Clerk

February 5, 2007

Clerk's Office
United States District Court for
The Middle District of Florida
George C. Young U.S. Courthouse
& Federal Building
80 North Hughey Avenue
Orlando, FL 32801

RE:   Elam v. AstraZeneca et al.
      DC Case Number 06-0967
      MDL FL Case Number 6:06-cv-1604-Orl-22DAB

Dear Clerk:

On February 5, 2007, the transfer letter from the U. S. District Court for the Middle District of Florida, we are transferring the above-entitled case to your Court..

Enclosed is a certified copy of the docket sheet and original case file.

Please acknowledge receipt of our file by signing and returning the enclosed copy of this letter, and also please indicate <u>your</u> case number somewhere in the letter.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Laura Chipley, Deputy Clerk

Enclosure(s)